

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-96,400-01

### EX PARTE JAZMINE NICOLE BLOWE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2024CR007286W-W1 IN THE 226TH DISTRICT COURT
### BEXAR COUNTY

***Per curiam.***

### O P I N I O N

Applicant pleaded no contest to unlawful use of a criminal instrument and was sentenced to three years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that her sentence was illegal because the offense charged was a state jail felony, so the three years assessed was outside of the punishment range. Based on the record, the trial court has determined that Applicant's sentence was illegal. The State agrees, as do we.

Relief is granted. The sentence in cause number 2024CR007286W in the 226th District Court of Bexar County is set aside, and Applicant is remanded to the custody of the Sheriff of

County for a new punishment hearing. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: July 2, 2025
Do not publish